STATE OF NEW JERSEY v. ANTHONY LANDOLFI.

September 24, 1984.

Petition for certification denied.

VERA POLLACK v. RICHARD ROBERTS.

September 24, 1984.

Petition for certification denied.

JOSEPH SAWYER v. JACK R. COWLES.

September 24, 1984.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF D.G.

September 24, 1984.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF M.T.

September 24, 1984.

Petition for certification denied.